UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV24-01427 JAK (SKx) | Date | June 2, 2025 |
|---|---|---|---|
| Title | John M. Manley v. U.S. Customs and Border Protection | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Kim Greiner- remote |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Bardis Vakili | Alexander Farrell |

**Proceedings:**     **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 28)**

The motion hearing is held. The Court states its tentative views that further information should be provided by the parties with respect to Defendant's Motion for Summary Judgment (Dkt. 28) (the "Motion"). Counsel address the Court.

On or before June 16, 2025, Defendant shall file in camera an unredacted version of the eleven pages that are currently disputed as to whether any FOIA exemption applies.

On or before June 16, 2025, Defendant shall file a supplement declaration addressing whether a search can be run on SEACATS that would produce only the raw data that could be used to generate the "statistics" requested in Categories 6 and/or 9 of Plaintiff's FOIA request. Defendant shall also submit a declaration addressing whether the terms "SENTRI" and "NEXUS" are actually used when CBP officers input SENTRI or NEXUS violation data into CBP's case management system. Plaintiff may file a response on or before June 23, 2025. Based on a review of the submissions and the response, if any, a determination will be made whether to take the Motion under submission, schedule a further hearing, or request further information from the parties.

Because all of the issues in this matter have been presented through the Motion, Plaintiff's request to vacate the order calling for Plaintiff to file a motion for summary judgment motion is **GRANTED**.

The Court continues the June 4, 2025 settlement conference currently set before Magistrate Judge Steve Kim for 60 days.

**IT IS SO ORDERED.**

| | : | 42 |
|---|---|---|
| | Initials of Preparer | DT |